JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANDREW GOSEY, | Case No. CV 13-7399-DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 19, 2014

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE